In The Court of Criminal Appeals
At Austin, Texas

12,375-26

Herbert Feist,
Relator

VS.                                   Cause No.

Court of Criminal Appeals
Respondent.

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 24 2015

Abel Acosta, Clerk

REQUEST

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

    Greetings, I am the Pro Se Relator, in the above style of action.

    I would like for you to file and present to the Court for Citation/Summons to issue, in this Mandamus, to be served on the aforesaid Respondent.

    In additional please mark one copy filed with the date and time of filing and return it to me.

    As always your prompt attention in this matter is deeply appreciated.

Sincerely,
s/ Herbert Feist
Herbert Feist #18805
Jefferson County Jail
5030 Hwy 69 South
Beaumont, Tx 77705

This document contains some pages that are of poor quality at the time of imaging.

# In The Court of Criminal Appeals
## At Austin, Texas

In re:

Herbert Feist,
   Relator,

vs.

Court of Criminal Appeals
   Respondent.

Case No.

## Petition For Writ of Mandamus

To The Honorable Judge of Said Court:

Comes Now, Relator Herbert Feist, in the Above style of action, who makes and files this his Petition for Writ of Mandamus, and would respectfully show unto this Honorable Court, the following, to wit;

### I.
### Jurisdiction

Jurisdiction is hereby invoked over the parties and subject matter and the Common Law Interest of the State of Texas.

### II
### Venue

Venue is proper, the claim and parties Arose in this region.

### III.
### Parties

Relator: Herbert Feist, is and was at all times incarcerated at Jefferson County Jail; 5030 Hwy 69 South; Beaumont, Tx 77205;

Respondent: Court of Criminal Appeals, situated at P.O. Box 12308, Capitol Station, Austin, Tx. 78711.

## IV

### Nature of the Case

Relator, is doing a void conviction, due to Writ Abuse being entered.

Relator, could not have brought the claims in the first writ, due to Newly Discovered, during 1995, and has unsuccessfully tried.

The results of this Void Conviction has caused, and is currently causing his Parole to be Revoke Twice; Not Allowed to Attack parole revocation; False Information to continue to be in file;

Void Conviction currently used as enhancement. Trial court never held any hearing.

These is no other remedy of law, in:

Cause No. 39295, From 252nd Criminal District Court of Jefferson County, Texas. Ex Parte Herbert Feist

## V

### Statement of Facts

Relator, currently is serving a Aggravated 40 year sentence, for a non-violent

robbery, from 1980-81 conviction. He stayed in Prison nearly 30 years, fighting this case of "Actual Innonce." Since that time the Complainant had recanted her story, After she found out who the Robber WAS. Trial Court still refused to hold Any hearing.

In 1995, the Court Admitted for the first time in a federal evidentiary hearing, that shock Probation was never had, but Relator, never knew the court back dated the sentence. Something the Court of Criminal Appeals held to be illegal and unconstitional.

Further, a hearing should have been had when the warrant, probable cause Affidavit and indictment the state brought to the Grand Jury was for Robbing A Nite Club, however, the trial was for robbing a store and gas station on a different street owned by same owner.

## VI
## Equity

Relator, has no plain adequate or complete remedy of law to redress the wrongs described herein, unless this Honorable Court grant the requested relief.

## VII
## Relief

Wherefore, Premises Considered, Relator prays that the requested relief be had.

1). Mandamus issue as according to law;

2). Writ Abuse be removed;

3). That habeas corpus be heard;

4). That cause be rendered void, not to ever be used as enhancement.

## Certificate of Service

I, Herbert Feist, certify that I have mailed a true and correct copy of Mandamus to 252nd District Court, 1001 Pearl St., Beaumont, Tx. 77701, on this 24th day of Sept. 2015.

Respectfully,

s/ Herbert Feist

Herbert Feist #188805
Jefferson County Jail
5030 Hwy 69 South
Beaumont, Tx. 77705